George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Salvador Carrazco Jr.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Salvador Carrazco Jr., | Case No.: 2:21-cv-01151-GMN-EJY |
| Plaintiff(s,) | **Stipulation of dismissal of National Consumer Telecom & Utilities Exchange, Inc. with prejudice** |
| v. | |
| National Consumer Telecom & Utilities Exchange, Inc., | |
| Defendant(s.) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Salvador Carrazco Jr. and National Consumer Telecom & Utilities Exchange, Inc. stipulate to dismiss Plaintiff's claims against National Consumer Telecom & Utilities Exchange, Inc. with prejudice.

///

///

STIPULATION            - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 27, 2021.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Salvador Carrazco Jr.*

**Clark Hill PLLC**

/s/ Gia Marina
Gia N. Marina, Esq.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Counsel for National Consumer Telecom & Utilities Exchange, Inc.*

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this  28  day of December, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION                                                    - 2 -